FILED-ED4
04 MAY -2 AM 9:34
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JUN - 3 2004

JACKIE CAMPBELL,

*Plaintiff,*

-vs-

THE CITY OF CHICAGO and
WAYNE WIBERG,

*Defendants.*

04C 3759

No. 04 CV ____

*(jury demand)*

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 42 U.S.C. §1343.

2. Plaintiff Jackie Campbell is employed as a police sergeant by defendant, City of Chicago.

3. Wayne Wiberg is a police Commander employed by the City of Chicago.

4. From November of 1999 to to March of 2004, plaintiff was assigned to work as the sergeant supervising the physical skills and defensive tactic unit at the Chicago police academy.

5. In February of 2004, plaintiff complained to defendant Wiberg that a Chicago police cadet was improperly being permitted to take the Illinois state police qualifying examination without having passed the required physical fitness test. Wiberg told plaintiff that "we need to take care of our own" and instructed plaintiff to remain silent about the impropriety.

6. Plaintiff refused to follow Wiberg's instructions. In retaliation for plaintiff's refusal to go along with the cover-up, Wiberg caused plaintiff to be transferred out of the police academy to a far less desirable position in the Chicago police department.

7. As the result of the foregoing, plaintiff has been deprived of rights secured by First Amemdment to the Constitution of the United States and has been subjected to severe emotional distress.

8. Plaintiff demands trial by jury.

Wherefore plaintiff prays for appropriate equitable relief against the City of Chicago and for money damages against defendant Wiberg is an amount in excess of two hundred thousand dollars as compensatory damages and an amount equal to Wiberg's salary for one year as punitive damgaes.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED-ED4 DOCKETED JUN - 3 2004
04 JUN -2 AM 9:33
CLERK U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s): Jackie Campbell**

County of Residence: Cook

Plaintiff's Atty: Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
200 S Michigan Ave.,Ste 1240
(312) 427-3200

**Defendant(s):City of Chicago and Wayne Wiberg**

County of Residence:

Defendant's Atty:

04C 3759

---

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

JUDGE KENNELLY

MAGISTRATE JUDGE KEYS

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI.Cause of Action: **42 U.S.C. §1983: retaliatory acts for exercise of First Amendment rights**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **$200,000**
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** [signature]

**Date:** 6/2/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** **Revised: 06/28/00**

1-2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
Eastern Division




FILED-ED4
04 JUN -2 AM 9:34
CLERK
U.S. DISTRICT COURT



In the Matter of

Jackie Campbell
-vs-
City of Chicago and Wayne Wiberg

Case Number: 04C 3759

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

plaintiff

JUDGE KENNELLY

MAGISTRATE JUDGE

| (A) | (B) |
|---|---|
| SIGNATURE [signature] | SIGNATURE |
| NAME Kenneth N. Flaxman | NAME |
| FIRM Kenneth N. Flaxman P.C. | FIRM |
| STREET ADDRESS 200 S Michigan Ave., Ste 1240 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 08830399 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ✓ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3